(117 So. 619)

## CORINTH BANK & TRUST CO. v. M. T. WALLACE. (6 Div. 74.)

Supreme Court of Alabama. June 28, 1928.

Williams & Chenault, of Russellville, for petitioner.

Ernest B. & K. V. Fite, of Hamilton, opposed.

GARDNER, J. Petition of the Corinth Bank & Trust Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Corinth Bank & Trust Co. v. Wallace, 22 Ala. App. 272, 117 So. 618.

Writ denied.

ANDERSON, C. J., and SAYRE and BOULDIN, JJ., concur.